■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BRODIE, Appellant. [650 NYS2d 610] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Juviler, J.), rendered January 3, 1995, convicting him of murder in the second degree and criminal possession of a weapon in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]).

The defendant's remaining contentions are unpreserved for appellate review. Ritter, J. P., Pizzuto, Friedmann and Luciano, JJ., concur.